UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICKEY ALFORD a/k/a MORRIS DAY, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | 18-12395-FDS |
| BRADE STEVEN, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

**SAYLOR, J.**

For the reasons stated below, the Court will order the plaintiff to pay the $400 filing fee or the action will be dismissed.

On November 26, 2018, Rickey Alford, a prisoner of the state of California, filed a *pro se* civil complaint in this court. Plaintiff did not pay the $400 filing fee or seek leave to proceed *in forma pauperis*.

On at least three occasions prior to the filing of this action, lawsuits filed by the plaintiff were dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief can be granted. *See In re Alford*, Nos. 01-00074 CAL PR, 01-0075 CAL PR, 01-00272 CAL PR, 01- 0307 CAL PR and 01-00308 CAL PR, 2001 WL 277956, at * 1 (N.D. Cal. March 7, 2001) (citing three cases filed by Rickey Louis Alford, a/k/a Morris Day, in the Northern District of California and dismissed prior to 2001 on grounds that they were frivolous, malicious, or failed to state a claim); *Day v. Ninth Cr. Ct. of Appeals Judges, et al.*, No. 98-0902 FMS PR, 1998 WL 169537, at * 1 (N.D. Cal. March 13, 1998) (citing three cases filed by Morris

Day, a/k/a Rickey Louis Alford, in the Northern District and dismissed prior to 1998 on the grounds that they were frivolous, malicious, or failed to state a claim). *See also Alford v. Nickerson, et al*, Nos. 06-1327 DFL GGH P, 2006 WL 2092001 (E.D. Cal July 26, 2006) (taking judicial notice of orders filed March 7, 2001).

A prisoner generally cannot proceed *in forma pauperis* if he has, on three or more prior occasions, filed an action or appeal that was dismissed on the ground that it was frivolous, was malicious, or failed to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915(g). Where a prisoner has "three strikes," he may only proceed *in forma pauperis* if he is "under imminent danger of serious physical injury." *Id*. Alford does not allege that he is under imminent danger of serious physical injury.

Accordingly, IT IS HEREBY ORDERED that that plaintiff Rickey Alford, a/k/a Morris Day, shall submit, within 21 days of the date of this Order, the $400 filing fee. Failure of plaintiff to comply with this directive within 21 days of the date of this Order will result in the dismissal of this action.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: November 28, 2018